IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV248

| | |
|---|---|
| NICKEY GREGORY COMPANY, INC. )<br>　　　　Plaintiff　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　and　　　　　　　　　　　　　　) | **ORDER** |

NICKEY GREGORY COMPANY, INC. )
　　　　Plaintiff　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　and　　　　　　　　　　　　　　)　　　　**ORDER**
　　　　　　　　　　　　　　　　　　)
CAPITAL PRODUCE DISTRIBUTORS,　)
INC., ET AL,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Intervening　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
McGEE PRODUCE, INC., ET AL,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　 )
　　　　　　　　　　　　　　　　　　)

This matter is before the Court on its own motion. The parties are directed to appear for a hearing setting attorneys fees on **Thursday, September 29, 2005 at 10:00 a.m.** in Courtroom 3.

IT IS SO ORDERED.

This the 13th day of September, 2005.

*/s/ Graham C. Mullen*
GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE