IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV248

| | |
|---|---|
| NICKEY GREGORY COMPANY, INC. )<br>Plaintiff )<br>)<br>and )<br>)<br>CAPITAL PRODUCE DISTRIBUTORS, )<br>INC., ET AL, )<br>)<br>Intervening )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>McGEE PRODUCE, INC., ET AL, )<br>)<br>DEFENDANTS. )<br>) | **ORDER** |

This matter is before the Court on its own motion. The parties are directed to appear for a hearing setting attorneys fees on **Thursday, September 29, 2005 at 10:00 a.m.** in Courtroom 3.

IT IS SO ORDERED.

This the 13th day of September, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE