**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04-CV-248**

| | | |
|---|---|---|
| **NICKEY GREGORY COMPANY,** | ) | |
| **INC., et al.** | ) | |
| **Plaintiff,** | ) | |
| | ) | **O R D E R** |
| **and** | ) | |
| | ) | |
| **CAPITAL PRODUCE DISTRIBUTORS,** | ) | |
| **INC., et al.** | ) | |
| **Intervening Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **McGEE PRODUCE, INC., et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** comes before the Court upon its own motion. Pursuant to the consent order of October 28, 2005, (Docket #65) and as no objections were entered within the thirty day period prescribed by that order, this case is hereby **DISMISSED** without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Signed: June 6, 2006

Graham C. Mullen
United States District Judge